JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. **722** -- IN RE CPC INTERNATIONAL INC. STOCK REPURCHASE SECURITIES
LITIGATION

Pleading Description

| | | |
|---|---|---|
| 87/01/16 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS, (A-1 THRU A-6), CERTIFICATE OF SERVICE -- Defendants CPC International, Inc., Officers and Directors, Salomon Inc., Salomon Brothers, Inc., Ronald O. Perelman, JPL Acquisition Corp., and Indian Partners I. -- SUGGESTED TRANSFEREE DISTRICT:  DISTRICT OF DELAWARE, SUGGESTED TRANSFEREE JUDGE ? (paa) |
| 87/01/29 | | APPEARANCES:  JOHN MAGE, ESQ. for NWD Realty Corp., Jeanne W, Mahoney, Moise Katz, Barnett Stepak & Hal N. Fisher; **MAX GITTER, ESQ.** for Ronald O. Perelman, JPL Acquisitions Corp & Indian Partners I; **PAUL K. ROWE, ESQ.** for Salomon Inc, Salomon Brothers Inc.; **DENIS McINERNEY, ESQ.** for Wolfgang Hesse, Paul W. Joy, Harold W. McGraw, Jr., James W. McKee, Robert F. Mercer, James R. Eiszner, Ivan A. Burns, Donald C. Platten, Gene A. Burns, Jewell Plummer Cobb, George V. Grune, Donald E. Procknow, Richard W. Siebrasse & Jean M. Wilkowski. (paa) |
| 87/02/19 | | HEARING ORDER -- Setting motion to transfer for Panel Hearing on March 26, 1987 in San Diego, California  (cds) |
| 87/03/18 | 2 | MOTION FOR LEAVE TO FILE WRITTEN RESPONSE -- **GRANTED** -- MEMORANDUM IN RESPONSE (to pldg. #1) -- pltfs. Jeff Heeley, et al. -- w/cert. of service  (cds) |
| 87/03/24 | | HEARING APPEARANCES:  (3/26/87) -- PAUL K. ROWE, ESQ. for Salomon Inc.; DENIS MCINERNEY, ESQ. for All individual defts. other than Ronald O. Perelman; FREDERIC F. BRACE, JR., ESQ. for Jeff Heely, et al. (tmq) |
| 87/03/25 | 3 | RESPONSE (w/letter asking that response be accepted -- **ACCEPTED IN CLERKS OFFICE**) -- pltfs. NWD Realty Corp., Jeanne W. Mahoney, Hal Fishere and Barnett Stepak -- w/cert. of service  (cds) |
| 87/03/26 | | WAIVERS OF ORAL ARGUMENT FOR 3/26/87 HEARING SAN DIEGO, CALIFORNIA -- ALL WAIVE (tmq) |
| 87/03/31 | | APPEARANCE:  RICHARD S. WAYNE, ESQ. for Hal Fischer  (cds) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. **722** -- **IN RE CPC INTERNATIONAL INC. STOCK REPURCHASE SECURITIES LITIGATION**

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 87/04/14 | | CONSENT OF TRANSFEREE COURT -- For transfer of litigation to the District of Delaware to the Hon. Joseph J. Farnan, Jr. (tmq) |
| 87/04/14 | | TRANSFER ORDER -- Transferring A-5 and A-6 to the District of Delaware, pursuant to 28 U.S.C. §1407 -- Notified involved judges, clerks, counsel and misc. recipients (tmq) |
| 87/04/27 | 4 | LETTER -- signed by Chief Judge Murry M. Schwartz -- reassigning litigation to Judge Roth (cds) |
| 87/04/27 | | ORDER REASSIGNING LITIGATION TO THE HONORABLE JANE R. ROTH -- notified involved counsel, clerk and judges (cds) |
| 87/05/15 | 5 | NOTICE OF REASSIGNMENT OF JUDGE -- signed by Chief Judge Murray M. Schwartz (D. Delaware) rassigning litigation to Judge Joseph J. Farnan, Jr. (rh) |
| 87/05/15 | | ORDER REASSIGNING LITIGATION TO THE HONORABLE JOSEPH J. FARNAN, JR. -- Notified involved counsel, clerk and judges (rh) |

JPML Form 1
⊕
    Revised: 8/78

DOCKET NO. <u>722</u> -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: <u>IN RE CPC INTERNATIONAL INC. STOCK REPURCHASE SECURITIES LITIGATION</u>

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| March 26, 1987 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | April 14, 1987 | TO | unpublished | D. Delaware | ~~Joseph J. Farnan, Jr.~~ | |
| | | | | (reassigned 4/27/87) | ~~Jane R. Roth~~ | |
| | | | | (reassigned 5/15/87) | Joseph J. Farnan, Jr. | |

Misc # 81-40

<u>Special Transferee Information</u>

DATE CLOSED: <u>2/21/89</u>

JPML FORM 1

LISTING OF INVOLVED ACTIONS

District of Delaware
Honorable Joseph J. Farnan, Jr.

DOCKET NO. __722__ -- IN RE CPC INTERNATIONAL INC. STOCK REPURCHASE SECURITIES LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | NWD Realty Corp., etc. v. CPC International, Inc., et al. | Del. Farnan | 86-Civ-530 | | | 2/3/89D | |
| A-2 | Jeanne W. Mahony, et al. v. J.R. Eiszner, et al. | Del. Farnan | 86-Civ-534 | | | 2/3/89D | |
| A-3 | Hal N. Fisher, etc. v. J.R. Eiszner, et al. | Del. ~~Roth~~ Farnan | 86-Civ-563 | | | 2/3/89D | |
| A-4 | Barnett Stepak, etc. v. CPC International Inc., et al. | Del. ~~Roth~~ Farnan | 86-Civ-562 | | | 2/3/89D | |
| A-5 | Hartford Sugar Company v. CPC International Inc., et al. | N.Y.,S. Cedarbaum | 86-Civ-9235 | 4-14-87 | 87-260 | 2/3/89D | ✓ |
| A-6 | Jeff Heely, et al. v. CPC International Inc., et al. | N.J. Lechner | 86-Civ-4547 | 4-7-87 | 87-541 | 2/24/89D | ✓ |

*July 1989 - 1 Dis/ 5 Pending*
*July 1990 - 5 dis / Litigation closed*

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __722__ --   IN RE CPC INTERNATIONAL INC. STOCK REPURCHASE SECURITIES

LITIGATION

(REVISED 1/29/87)

---

NWD REALTY CORP., ETC.(A-1)
JEANNE W. MAHONY, ET AL. (A-2)
~~HAL N. FISHER, ETC. (A-3)~~
BARNETT STEPAK, ETC. (A-4)
John Mage, Esquire
Wolf, Popper, Ross, Wolf & Jones
845 Third Avenue
New York, New York  10022

HARTFORD SUGAR CO. (A-5) (No App. Rec'd)
Silverman & Harnes
135 East 36th Street
New York, New York  10016

JEFF HEELEY, ET AL. (A-6)
William A. Garrigle, Esquire
Garrigle, Chierici, Palm & Wright
2 West Evesham Avenue
Cherry Hill, New Jersey  08003

HAL N. FISHER, ETC. (A-3)
Richard S. Wayne, Esq.
Strauss & Troy
2100 Central Trust Center
Cincinnati, OH  45202-4186

---

CPC INTERNATIONAL, INC. (No App. Rec'd)
Crummy, Del Deo, Dolan, Griffinger &
  Vecchione
Gateway 1
Newark, New Jersey  07102

WOLFGANG HESSE; PAUL W. JOY; HAROLD W.
MCGRAW, JR.; JAMES W. MCKEE; ROBERT F.
MERCER; JAMES R. EISZNER; IVAN A. BURNS;
DONALD C. PLATTEN; GENE A. BURNS; JEWELL
PLUMMER COBB; GRORGE V. GRUNE; DONALD F.
PROCKNOW; RICHARD W. SIEBRASSE; JEAN M.
WILKOWSKI
Denis McInerney, Esquire
Cahill, Gordon & Reindel
80 Pine Street
New York, New York  10005

RONALD O. PERELMAN
JPL ACQUISITIONS CORP.
INDIAN PARTNERS I
Max Gitter, Esquire
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, New York  10019

SALOMON, INC.
SALOMON BROTHERS, INC.
Paul K. Rowe, Esquire
Wachtell, Lipton, Rosen & Katz
299 Park Avenue
New York, New York  10171

JPML FORM 3

p. ___1___

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __722__ -- IN RE CPC INTERNATIONAL INC. STOCK REPURCHASE SECURITIES
                        LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| CPC INTERNATIONAL, INC. | A-1 ; A-2; A-3; A-4; A-5; A-6; |
| WOLFGANG HESSE | A-1 ; A-2; A-3; A-4; A-5; |
| PAUL W. JOY | A-1 ; A-2; A-3; A-4; A-5; |
| HAROLD W. McGRAW, JR. | A-1 ; A-2; A-3; A-4; A-5; |
| JAMES W. McKEE | A-1 ; A-2; A-3; A-4; A-5; |
| ROBERT E. MERCER | A-1 ; A-2; A-3; A-4; A-5; |
| JAMES R. EISZNER | A-1 ; A-2; A-3; A-4; A-5; |
| IVAN A. BURNS | A-1 ; A-2; A-3; A-4; A-5; |
| DONALD C. PLATTEN | A-1 ; A-2; A-3; A-4; A-5; |
| GENE A. BURNS | A-1 ; A-2; A-3; A-4; A-5; |
| JEWELL PLUMMER COBB | A-1 ; A-2; A-3; A-3; A-4 ; A-5; |

p. __2__

| | |
|---|---|
| GEORGE V. GRUNE | A-1 ; A-2; A-3; A-4; A-5; |
| DONALD E. PROCKNOW | A-1 ; A-2; A-3; A-4; A-5; |
| RICHARD W. SIEBRASSE | A-1 ; A-2; A-3; A-4; A-5; |
| JEAN M. WILKOWSKI | A-1; A-2;A-3; A-4; A-5; |
| RONALD O. PERELMAN | A-1; A-2 ; A-3; A-4; A-5; A-6; |
| INDIAN PARTNERS I | A-1 ; A-2;  A-3; A-4; |
| JPL ACQUISITION CORPORATION | A-1 ; A-2;A-3; A-4; A-5; |
| SALOMON INC | A-1; A-3; A-4; |
| SALOMON BROTHERS, INC. | A-1; A-2; A-3; A-4; A-5; A-6; |
| | |
| | |