JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

APR 14 1987

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 722

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE CPC INTERNATIONAL INC. STOCK REPURCHASE SECURITIES LITIGATION

TRANSFER ORDER*

This litigation consists of six actions listed on the attached Schedule A and pending in three districts as follows: four actions in the District of Delaware and one action each in the District of New Jersey and the Southern District of New York. Before the Panel is a motion, pursuant to 28 U.S.C. §1407, by defendants in the constituent actions to centralize the six actions in the District of Delaware for coordinated or consolidated pretrial proceedings. No responding party opposes centralization, but the plaintiffs in the New Jersey action support selection of the District of New Jersey, rather than the District of Delaware, as transferee forum.

On the basis of the papers filed and the hearing held, the Panel finds that these six actions involve common questions of fact, and that centralization under Section 1407 in the District of Delaware will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. All actions arise from CPC International Inc.'s November 5, 1986 purchase of approximately 4,000,000 shares of its own stock from Salomon Brothers, Inc. They all are at an early pretrial stage, rely on the same factual background, involve common defendants, and raise common factual and legal questions regarding the stock purchase. Transfer under Section 1407 is thus necessary in order to prevent duplication of discovery and avoid inconsistent pretrial rulings (especially with respect to class and derivative action issues).

In designating the District of Delaware as transferee forum, we note that 1) four of the six actions are already pending there; 2) CPC International Inc. is a Delaware corporation; and 3) the Delaware forum is geographically convenient vis-a-vis the location of the constituent actions in this docket.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the actions listed on the attached Schedule A and pending in districts other than the District of Delaware be, and the same hereby are, transferred to the District of Delaware and, with the consent of that court, assigned to the Honorable Joseph J. Farnan, Jr., for coordinated or consolidated pretrial proceedings with the actions listed on Schedule A and pending in that district.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

---

\* Judge Louis H. Pollak took no part in the decision of this matter.

SCHEDULE A

<u>MDL-722 -- In re CPC International Inc. Stock Repurchase Securities Litigation</u>

### District of Delaware

<u>NWD Realty Corp., etc. v. CPC International Inc., et al.</u>, C.A. No. 86-Civ-530
<u>Jeanne W. Mahony, et al. v. J.R. Eiszner, et al.</u>, C.A. No. 86-Civ-534
<u>Hal N. Fisher, etc. v. J.R. Eiszner, et al.</u>, C.A. No. 86-Civ-563
<u>Barnett Stepak, etc. v. CPC International Inc., et al.</u>, C.A. No. 86-Civ-562

### Southern District of New York

<u>Hartford Sugar Company v. CPC International Inc., et al.</u>, C.A. No. 86-Civ-9235

### District of New Jersey

<u>Jeff Heely, et al. v. CPC International Inc., et al.</u>, C.A. No. 86-Civ-4547

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

APR 27 1987

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 722

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE CPC INTERNATIONAL INC. STOCK REPURCHASE SECURITIES LITIGATION

ORDER REASSIGNING LITIGATION

Inasmuch as the actions in the above litigation have been reassigned to the Honorable Jane R. Roth in accordance with the Local Rules for the United States District Court for the District of Delaware,

IT IS THEREFORE ORDERED that the above-captioned litigation be, and the same hereby is, reassigned to the Honorable Jane R. Roth for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

```
                                        JUDICIAL PANEL ON
                                       MULTIDISTRICT LITIGATION
                                              FILED

                                           MAY 15 1987
```

DOCKET NO. 722        PATRICIA D. HOWARD
                     CLERK OF THE PANEL

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE CPC INTERNATIONAL INC. STOCK REPURCHASE SECURITIES LITIGATION

### ORDER REASSIGNING LITIGATION

Inasmuch as the actions in the above litigation have been reassigned to the Honorable Joseph J. Farnan, Jr., in accordance with the Local Rules for the United States District Court for the District of Delaware,

IT IS THEREFORE ORDERED that the above-captioned litigation be, and the same hereby is, reassigned to the Honorable Joseph J. Farnan, Jr., for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407.

FOR THE PANEL:

_Andrew A. Caffrey_
Andrew A. Caffrey
Chairman